IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOE EDWARD PERRY, JR.                                                                              PLAINTIFF

v.                                           Civil No. 13-CV-1093

OUACHITA COUNTY DETENTION
CENTER; TERI WEST; and
DAVID NORWOOD                                                     DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed June 4, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Plaintiff's Complaint be dismissed on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and failed to prosecute this matter. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of June, 2015.

                                                                                   /s/ Susan O. Hickey
                                                                                   Susan O. Hickey
                                                                                   United States District Judge